IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIK KASTLE, Individually and on behalf of
all others similarly situated,

               Plaintiff,

   v.

COINBASE GLOBAL, INC., BRIAN
ARMSTRONG, and ALESIA J. HAAS,

              Defendants.

CIVIL ACTION
NO. 24-4850

## ORDER

**AND NOW,** this 24th day of October 2024, upon consideration of the application of Lara A. Flath, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 8), it is **ORDERED** that the application (Doc. No. 8) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.