IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK KASTLE, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>              Defendants. | CIVIL ACTION<br>NO. 24-4850 |

## ORDER

**AND NOW,** this 24th day of October 2024, upon consideration of the application of Alexander C. Drylewski, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 7), it is **ORDERED** that the application (Doc. No. 7) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky____
JOEL H. SLOMSKY, J.