UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CASTLE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>       Defendants. | Civ. Action No. 2:24-cv-04850-JHS<br><br>CLASS ACTION<br><br>ORDER DENYING COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF |

4906-5263-6929.v1

Having considered the motions for appointment as lead plaintiff filed by: (1) Kendall J. Behnke and Peter W. Galla; (2) William Muzik; (3) Keyan Safyari; and (4) Jeanne Schutte and Anatol Rawicz, and good cause appearing therefor, the Court ORDERS as follows:

1.      The motions filed by William Muzik, Keyan Safyari, and Jeanne Schutte and Anatol Rawicz are denied;

2.      The motion filed by Kendall J. Behnke and Peter W. Galla is GRANTED.  Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Kendall J. Behnke and Peter W. Galla are appointed as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.

*      *      *

**O R D E R**

IT IS SO ORDERED.


DATED:  _____        _____
                                                                       THE HONORABLE JOEL H. SLOMSKY
                                                                       UNITED STATES SENIOR DISTRICT JUDGE

- 1 -

4906-5263-6929.v1