UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CASTLE, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>                 Defendants. | Civ. Action No. 2:24-cv-04850-JHS<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

- 1 -

I, Michael Dell'Angelo, declare as follows:

1.     I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before this Court.  I am an Executive Shareholder and the General Counsel of the law firm of Berger Montague PC, local counsel for proposed Lead Plaintiff Kendall J. Behnke and Peter W. Galla.  I submit this declaration in support of Mr. Behnke and Mr. Galla's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached is a true and correct copy of the following exhibit:

Exhibit A:     Joint Declaration of Mr. Behnke and Mr. Galla [Corrected].

3.     Due to a technological error made by counsel during the electronic filing process, one page of Mr. Behnke and Mr. Galla's Joint Declaration (ECF 13-6) was inadvertently deleted during the course of uploading and filing the document.  The full and complete joint declaration executed by Mr. Behnke and Mr. Galla on November 12, 2024 is submitted herewith as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of December, 2024.

s/ Michael Dell'Angelo
MICHAEL DELL'ANGELO

- 1 -

4925-3016-2946.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 2, 2024 authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Michael Dell'Angelo
Michael Dell'Angelo

4925-3016-2946.v1