# EXHIBIT A

## JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

Coinbase Global, Inc. investors Kendall J. Behnke and Peter W. Galla declare as follows:

1. We respectfully submit this Joint Declaration in support of our motion for appointment as lead plaintiff. We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2. I, Kendall J. Behnke, suffered substantial losses as a result of my transactions in Coinbase securities during the Class Period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Covina, California and before retiring I worked for Southern California Edison as a communications specialist. I earned a Master of Science degree in Organizational Leadership and Management from the University of La Verne and a Bachelor of Science degree in Information Technology Project Management from DeVry University. I have approximately 30 years of investing experience and I am familiar with selecting and overseeing counsel.

3. I, Peter W. Galla, suffered substantial losses as a result of my transactions in Coinbase securities during the Class Period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Floral Park, New York and I am Executive Vice President, Senior Director at Alliant Insurance Services. I earned a degree from Providence College and I have approximately 25 years of experience in the insurance industry. I have approximately 20 years of investing experience and I am familiar with selecting and overseeing counsel.

4. In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff. Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged

4887-3643-5448.v1

violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class. We agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

5.      We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

6.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP, in the prosecution of this action.

7.      Before filing this motion, we spoke together with and without counsel regarding this case. We discussed the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

8.      We have each other's contact information and either of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel. We are able and willing to attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

4887-3643-5448.v1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ 12 day of November, 2024.

_Kendall J. Behnke_

Signed by:
6E955DDEC339437

                                  Kendall J. Behnke

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of November, 2024.

                                  Peter W. Galla

Docusign Envelope ID: BBE41E00-55AC-464A-A0D1-245178576730

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of November, 2024.

_____

Kendall J. Behnke

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of November, 2024.

_____

Peter W. Galla

4887-3643-5448.v1