IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK KASTLE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>Defendants. | CIVIL ACTION<br>NO. 24-4850 |

## ORDER

**AND NOW,** this 14th day of January 2025, upon consideration of the Motion to Appoint Counsel and Lead Plaintiff filed by Anatol Rawicz and Jeanne Shute (Doc. No. 14), and the Notice of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. No. 15), it is **ORDERED** that the Motion to Appoint Counsel and Lead Plaintiff filed by Anatol Rawicz and Jeanne Shute (Doc. No. 14) is **DENIED.**[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] Jeanne Shutte and Anatol Rawicz filed a Motion to Appoint Lead Counsel and to Appoint them as Co-Lead Plaintiffs in this case. (Doc. No. 14.)  Three (3) other parties also filed Motions to Appoint Lead Plaintiff pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act ("PRSLA") of 1995. (See Doc. Nos. 11, 12, 13.)  One Motion has since been withdrawn (see Doc. Nos. 11, 16), leaving two (2) Motions pending.  (Doc. Nos. 12, 13.)

On November 26, 2024, Jeanne Shutte and Anatol Rawicz filed a Notice of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. No. 15), stating that they do not have the "largest financial interest" within the meaning of the PSRLA compared to the other proposed Lead Plaintiffs, and therefore are ineligible to be Lead Co-Plaintiffs in this litigation.  For this reason, their Motion to Appoint Lead Counsel and to Appoint them as Co-Lead Plaintiffs.  (Doc. No. 14) will be denied.