IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIK KASTLE, Individually and on behalf of
all others similarly situated,

               Plaintiff,

    v.

COINBASE GLOBAL, INC., BRIAN
ARMSTRONG, and ALESIA J. HAAS,

               Defendants.

CIVIL ACTION
NO. 24-4850

**ORDER**

**AND NOW,** this 16th day of January 2025, upon consideration of the application of Phillip Kim, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 24), it is **ORDERED** that the application (Doc. No. 24) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.