IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ERIK CASTLE, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | CIVIL ACTION NO. 24-4850 |
| v. | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS, | |
| Defendants. | |

## ORDER

**AND NOW,** this 23rd day of January 2025, upon consideration of the application of Kenneth P. Dolitsky, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 27), it is **ORDERED** that the application (Doc. No. 27) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.