IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK KASTLE, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>                Defendants. | CIVIL ACTION<br>NO. 24-4850 |

**ORDER**

**AND NOW,** this 27th day of January 2025, upon consideration of the Motion to Appoint Counsel and Lead Plaintiff filed by William Muzik (Doc. No. 12), the Motion to Appoint Counsel and Lead Co-Plaintiffs filed by Kendall J. Behnke and Peter W. Galla (Doc. No. 13), the Response in Opposition filed by Kendall J. Benke and Peter W. Galla (Doc. No. 17), the Response in Opposition filed by William Muzik (Doc. No. 18), the Reply in Support of the Motion filed by William Muzik (Doc. No. 20), the Reply in Support the Motion filed by Kendall J. Behnke and Peter W. Galla (Doc. No. 21), and in accordance with the statements made by the Court at the hearing held with counsel for the parties on January 27, 2025, it is **ORDERED** as follows:

1. The Motion to Appoint Lead Plaintiff and Counsel filed by William Muzik (Doc. No. 12) is **DENIED**.

2. The Motion to Appoint Lead Co-Plaintiffs and Counsel filed by Kendall J. Behnke and Peter W. Galla (Doc. No. 13) is **GRANTED**.

3. Kendall J. Behnke and Peter W. Galla's selection of Robbins, Geller, Rudman & Dowd, LLP as Lead Counsel for the class is approved, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

Lead Counsel shall have the following responsibilities and duties on behalf of lead plaintiff and the putative class:

    a. the preparation and filing of all pleadings;

    b. the briefing and argument of all motions;

    c. the conduct of all discovery proceedings including depositions;

    d. the selection of counsel to act as spokesperson at all pretrial conferences;

    e. settlement negotiations;

    f. the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

    g. the supervision of all other matters concerning the prosecution or resolution of this action.

4. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by Plaintiffs without Lead Counsel's approval, so as to prevent duplicative pleadings or discovery and no settlement negotiations shall be conducted without Lead Counsel's approval;

5. Service of pleadings, motions, or other papers, except those specifically addressed to a plaintiff other than Lead Plaintiffs, shall be completed upon service of Lead Counsel;

6. Lead Counsel shall be the contact between Plaintiffs' counsel and Defendants' counsel, as well as the spokespersons for all Plaintiffs' counsel, and shall direct and coordinate the activities of Plaintiffs' counsel, as well as be the contact with the Court;

7. Until further Order, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information

and materials such as computerized data and electronic mail, containing information relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

8. Defendant shall meet and confer with Lead Plaintiffs and Lead Counsel regarding a schedule for (i) filing of an amended complaint (or designation of an operative complaint), if one will be filed, and (ii) Defendants to move, answer, or otherwise respond to the operative complaint. The parties shall submit a stipulation with a proposed schedule by **February 6, 2025.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.