IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ERIK KASTLE, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>               Defendants. | CIVIL ACTION<br>NO. 24-4850 |

## <u>ORDER</u>

**AND NOW,** this 6th day of February 2025, upon consideration of the application of Lucas F. Olts, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 38), it is **ORDERED** that the application (Doc. No. 38) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.