UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIK CASTLE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:24-cv-04850-JHS |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION OF CASES |
| COINBASE GLOBAL, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

4933-8010-5799.v1

- 1 -

Having considered Lead Plaintiffs Kendall J. Benhke and Peter W. Galla's (together, the "Lead Plaintiffs") Unopposed Motion for Consolidation of Cases (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1.      Lead Plaintiffs' Motion is GRANTED

2.      The above-caption action shall be consolidated with *Nessler v. Coinbase Glob., Inc.*, No. 2:25-cv-02637 (E.D. Pa. 2025) (the "Nessler Action") with respect to all aspects of this litigation moving forward.

IT IS SO ORDERED

_____

THE HONORABLE JOEL H. SLOMSKY
JUDGE FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

- 1 -

4933-8010-5799.v1