IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CASTLE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>    Defendants. | CIVIL ACTION<br>NO. 24-4850 |
| BRADY NESSLER,<br><br>    Plaintiff,<br> v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>    Defendants, | CIVIL ACTION<br>NO. 25-2637 |

### ORDER

**AND NOW,** this 30th day of May 2025, upon consideration of the Unopposed Motion to Consolidate (Doc. No. 51), it is **ORDERED** as follows:

1. Plaintiffs' Motion to Consolidate (Doc. No. 51) is **GRANTED**.

2. The above-caption action shall be consolidated with <u>Nessler v. Coinbase Glob., Inc.</u>, No. 2:25-cv-02637 (E.D. Pa. 2025) (the "Nessler Action") with respect to all aspects of this litigation moving forward.

3. All future filings shall be docketed under Civil Action No. 24-4850.

                                BY THE COURT:

                                /s/ Joel H. Slomsky_____
                                JOEL H. SLOMSKY, J.