IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CASTLE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COINBASE GLOBAL, INC., et al.,<br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO.  24-4850 |

**ORDER**

**AND NOW**, this 20th day of November 2025, upon consideration of Defendants' Motion to Dismiss (Doc. No. 60), Plaintiff's Response in Opposition (Doc. No. 62), and any Reply, it is **ORDERED** that a hearing on the Motion to Dismiss (Doc. No. 60), will be held on **December 19, 2025 at 10:30 a.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.