IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CASTLE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>            Defendants. | CIVIL ACTION<br>NO. 24-4850 |

## <u>ORDER</u>

**AND NOW,** this 3rd day of December 2025, upon consideration of the Parties' Joint Letter (Doc. No. 64), it is **ORDERED** that the hearing on the Motion to Dismiss (Doc. No. 60) currently scheduled for December 19, 2025 at 10:30 a.m., is **rescheduled to January 21, 2026 at 10:30 a.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.