**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERIK CASTLE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, SUROJIT CHATTERJEE, EMILIE CHOI, PAUL GREWAL, JENNIFER N. JONES, and GRANT RABENN,<br><br>Defendants. | Case No. 2:24-cv-04850-JHS<br><br>Hon. Joel H. Slomsky |

## ORDER

**AND NOW**, this 5th day of December, 2025, upon consideration of Defendants' Unopposed Motion for Extension of Page Limit for Defendants' Reply Memorandum in Support of their Motion to Dismiss the Consolidated Amended Complaint (Doc. No. 66), it is **ORDERED** that Defendants' Motion (Doc. No. 66) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
HON. JOEL H. SLOMSKY, U.S.D.J.