IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK CASTLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 24-4850 |

**ORDER**

**AND NOW**, this 21st day of October 2026, upon consideration of Defendants' Motion to Dismiss the Consolidated Amended Complaint (Doc. No. 60), Plaintiffs' Response in Opposition to the Motion (Doc. No. 62), Defendants' Reply in Further Support of the Motion (Doc. No. 68), Plaintiffs' Notices of Recent Authority (Doc. Nos. 74, 77), Defendants' Submissions Regarding Recent Authority (Doc. Nos. 75, 78), the arguments of counsel for the parties at the hearing held on January 21, 2026, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 60) is **GRANTED** and the Consolidated Amended Complaint (Doc. No. 59) is **DISMISSED**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.